# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILDFLOWER BRANDS INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA CAMACHO, an individual; and JUAN CAMACHO, an individual; 6200 S. WILTON PLACE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-09044 MCS (PLAx)<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: ___February 9___, 2023

*Paul L. Abrams*
_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE